UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
KATIE ZOOK,                              )
                                         )
                        Plaintiff,       )   No. C12-0680RSL
        v.                               )
                                         )   ORDER REQUIRING SUBMISSION
NATIONWIDE INSURANCE COMPANY             )   OF INFORMATION REGARDING
OF AMERICA, *et al.*,                    )   REMOVAL FROM STATE COURT
                                         )
                        Defendants.      )
_____)

       The above captioned matter was recently removed from state court.  The removing defendants shall, within seven (7) days of the date of this Order, serve and file the following information:

    (1) Have all defendants served at the time of removal joined in the removal?  Provide a full explanation if all defendants served at the time of removal did not join in the notice of removal.

    (2) On what date was the first defendant served with the original complaint?  On what date was the notice of removal filed?  Were there any additional disclosures regarding damages in the interim?  Provide a full explanation if the notice of removal was dated more than thirty (30) days after the first defendant was served with the original complaint.

    (3) State with particularity the basis for defendants' belief that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  Neither the original nor the amended complaints demand a specific amount:  a request for treble damages (up to $10,000 per

INFORMATION REGARDING REMOVAL

violation) and/or attorney's fees may not reach the jurisdictional limit in these circumstances.

If plaintiff has a response to defendant's submission, such response, if any, shall be filed and served within seven (7) days of the date of defendant's submission. Any motion to remand the action to state court based on any procedural defects in the removal must be filed within thirty (30) days of the removal. See 28 U.S. C. § 1447(c). The Clerk of Court is directed to note this "Submission Regarding Removal" on the Court's calendar for Friday, May 11, 2012.

Dated this 24th day of April, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

INFORMATION REGARDING REMOVAL        -2-